### 390 A.2d 312

Pepin et ux., Appellants, v. Bethlehem Steel Corporation.

Argued March 28, 1978. C. Daniel Higgins, for appellants; M. Shay, with him Jackson M. Sigmon, for appellee.

Order affirmed.